# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EARTHWORKS,** *et al.***,**

    **Plaintiffs,**

    **v.**                             **Civil Action No. 09-1972 (HHK/JMF)**

**U.S. DEPT. OF THE INTERIOR,**
*et al.***,**

    **Defendants.**

## MEMORANDUM ORDER

There has been assigned to me the task of reviewing a large number of documents which the Department of Interior ("DOI") claims are protected by the attorney-client and, to a lesser extent, the work product privileges.

The attorney-client privilege protects confidential communications made by a client to a lawyer for the purpose of securing legal advice or services,[1] while the work product privilege protects a lawyer's mental processes while that lawyer is preparing for trial or working in anticipation thereof.[2] The former is said to advance the crucial societal interest in clients being candid with their lawyers,[3] while the latter advances the equally important value in zealous advocacy.[4]

Review of privilege logs often discloses that the person doing the log may not understand the intricacies of the privileges being claimed. Perhaps the greatest deficiency is the failure to appreciate that the attorney-client privilege does not operate to insulate from disclosure every

---

[1] <u>Banks v. Office of the Senate Sergeant at Arms</u>, 236 F.R.D. 16, 19-20 (D.D.C. 2006).
[2] Fed. R. Civ. P. 26(b)(3).
[3] <u>Upjohn Co. v. United States</u>, 449 U.S. 383, 389 (1982).
[4] <u>Hickman v. Taylor</u>, 329 U. S. 495, 510-11 (1947).

possible communication between an attorney and client. It should be obvious that communications from the attorney to client are not ipso facto protected. To the contrary, the privilege operates to shield communications from an attorney to a client "only if that communication is based on confidential information provided by the client." Mead Data Cent. v. U.S. Dep't of the Air Force, 566 F.2d 242, 255 (D.C. Cir. 1977). In that case, the district court determined that several documents were privileged although the court of appeals found that the government's description of the documents gave "no indication as to the confidentiality of the information on which they were based." Id. at 254. The court of appeals, therefore, ordered that the documents be remanded so that the Air Force could shield from disclosure, as privileged, only those documents where the "information upon which they [were] based was supplied by the Air Force [to counsel] with the expectation of secrecy and was not known or disclosed to any third party . . . ." Id.

I have attached to this opinion two charts, which indicate my ruling as to each document. As will be seen, I have ruled finally on certain documents, but only conditionally as to others. As I will now explain, the necessity for such conditional rulings is because so many of the documents are drafts that were exchanged either between two persons or among a group of persons.

Whether or not a document styled a draft in a privilege log is privileged can be a multifaceted and fact-bound determination. The transmittal of a communication from a client to a lawyer with an express request for guidance presents the easy case: "Here is the draft employment agreement I am going to ask my boss to sign. Let me know if it protects my legal rights." In other circumstances, the absence of an explicit request for advice may not doom the claim of privilege, if the confidential nature of the communication can be discerned from what

the lawyer has said or done. For example, a red lined edited draft of the agreement from the lawyer to the client may, in a certain context, itself permit the inference that the client sent the draft to the lawyer expecting the lawyer to provide confidential guidance as to contents of the documents. The process of the exchange may itself bespeak an intention by the client that her transmittal of the draft be a confidential request for guidance.

On the other hand, and this is particularly true in a governmental situation, the lawyer may be the chief draftsperson of a particular document which she then sends to her co-workers for their views and thoughts. While their responses may qualify as communications to a lawyer intended to be confidential, the lawyer's draft, transmitted to them, does not yield any confidential communication from them. In other words, from the lawyer's draft, we learn only that she wrote a draft and transmitted it to her clients. Thus, while there are circumstances where even a draft might yield a secret, client communication (e.g. the draft of a will that provides for an illegitimate child), the transmittal of drafts in this case does not. That the DOI lawyers and other employees were in the process of drafting new rules and regulations in response to an order in this case is hardly a secret. The privilege log itself indicates that such drafting was taking place.

As a result of the nuanced distinctions I have just elucidated, and because of the obvious deficiencies in the privilege log, I must make conditional rulings. For example, I cannot tell from the names of the authors and recipients who are the attorneys and who are the clients. In several instances, the email address indicates that the person sending or receiving the electronically stored information is in the Solicitor's office, and therefore appears to be an attorney. In all other instances, however, I cannot ascertain from the log who is the lawyer and who is the client. Furthermore, the log cannot possibly tell me what I need to know—whether

the document explicitly or implicitly reveals a communication from a client that was intended to be confidential. Thus, in its current condition, the privilege log fails me in several particulars.

I will not, however, return to the obligation of reviewing the documents until the parties consider whether the claims of privilege could be more quickly resolved by resorting to an agreement pursuant to Rule 502(d) of the Federal Rules of Evidence.

Having reviewed more privilege logs and assertedly privileged documents than I care to remember, I can state with certainty that the overwhelming majority of "privileged" documents are insignificant, and their disclosure would never prejudice the party claiming the privilege or place that party at any tactical disadvantage. Simply put, in my almost 15 years of being a magistrate judge and my more than 40 years of practicing law, I am still waiting to see that "smoking gun"–the privileged document that makes a substantial difference to whether a case is won or lost. This case is no different. To date, I have not seen a single document in this case that, if revealed, would harm the DOI's position in this litigation.

Often, as may be true here, the assertion of the attorney-client and work product privileges is usually and understandably self-protective, lest the failure to assert the privilege as to one document be deemed a waiver of all documents that deal with the same subject matter. But, Rule 502(a) of the Federal Rules of Evidence abolishes this so-called subject matter waiver and replaces it with a much more constricted principle that requires the disclosure of a second document (or a larger amount of a single document) only when the second document deals with the same subject matter as the disclosed document and the two documents "ought in fairness be considered together." Fed. R. Evid. 502(a).

Rule 502(b) provides further protection against an inadvertent disclosure by permitting the disclosed document to be "clawed back" under certain circumstances.

Finally, Rule 502(d) permits the parties to enter into any agreement they see fit pertaining to the privilege questions, and makes their agreement good against the world. Used creatively, it can save the parties and the court great expense and burden. As to the latter, in these days of finite resources, courts can no longer justify spending many hours resolving privilege claims, document by document, when a party can achieve the protection it needs by use of Rule 502(d). Thus, I will order DOI to meet with plaintiffs' counsel to ascertain whether a 502(d) order could not promptly resolve the outstanding privilege claims so the parties can once again focus on the merits of the controversy. The DOI now has my views on its privilege assertions and can use them to shape the agreement it needs. I also expect it to make a conscientious effort to de-duplicate the remaining documents. As it is well aware, the same email or memorandum appears again and again in the documents claimed to be privileged. I urge it to use a categorical grouping of the remaining documents[5] so its discussions with plaintiffs can achieve the efficiency that is needed.

I expect the parties to report to me within ten days from the date of this opinion on whether they can forge such an agreement. If they cannot, I will then decide whether I will order the DOI to prepare a revised privilege log or enter a Rule 502(d) order myself, sua sponte.

**SO ORDERED.**

Digitally signed by John M. Facciola
DN: c=US, st=DC, l=Washington,
email=john_m._facciola@dcd.uscourts.gov, o=United States District
Court for the District of Columbia,
cn=John M. Facciola
Date: 2013.04.02 10:26:16 -04'00'

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

---

[5] See John M. Facciola & Jonathan Redgrave, Asserting and Challenging Privilege Claims in Modern Litigation: The Facciola-Redgrave Framework, http://www.fclr.org/fclr/articles/html/2009/facciolaredgrave.pdf (last visited Mar. 29, 2013).

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1 | FMV 2 | FMV 3 | 11/19/2003 | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | Anderson, Bob M. (Deputy Ass't Director, BLM); McNutt, Paul (Economist, Solids, BLM); Schwartz, Michael (Group Manager, Regulatory Affairs, BLM); Rabinoff, Alan (Chief, Solid Minerals Branch, Utah State Office, BLM); Hankins, Helen (District Manager, Elko District, Nevada, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Lonnie, Thomas (Ass't Director, BLM) | | Email regarding a summary of the district court decision in the case of Mineral Policy Center v. Norton. | Privileged - Attorney-Client. | Denied; does not dislcose a commuication from a client intended to be confididential. It is a report by an attorney on a decided case. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 49 | FMV 50 | FMV 51 | 12/1/2003 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | | Email regarding a summary of the district court decision in the case of Mineral Policy Center v. Norton. | Privileged - Attorney-Client. | Denied; does not disclose a commuication from a client intended to be confiddential. It is a report by an attorney on a decided case. |
| FMV 97 | FMV 97 | | 12/19/2003 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | | Email regarding a summary of the 43 C.F.R. 3809 meeting discussing the effects of the courts decision. | Privileged - Attorney-Client. | Denied in part. Granted in part. Highlighted area is discussion among lawyer and client that would tend to disclose communication intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 99 | FMV 100 | | 1/9/2004 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) (through Lonnie, Thomas (Ass't Director, BLM)) | Clarke, Kathleen (Director, BLM) | | Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied in part. Granted in part. Highlighted area is discussion among lawyer and client that would tend to disclose communication intended to be confidential. |
| FMV 102 | FMV 103 | | 1/16/2004 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM); Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) (through Lonnie, Thomas (Ass't Director, BLM)) | Clarke, Kathleen (Director, BLM) | | Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Appears to be the same document as the preceding one. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 105 | FMV 106 | | 1/16/2004 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) (through Lonnie, Thomas (Ass't Director, BLM)) | Clarke, Kathleen (Director, BLM) | | Draft Memorandum regarding the Departments response to the Mineral Policy Center decision, including advice from the Office of the Solicitor. | Privileged - Attorney-Client | Denied in part. Granted in part. Highlighted area is discussion among lawyer and client that would tend to disclose communication intended to be confidential. |
| FMV 108 | FMV 109 | | 1/16/2004 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) (through Lonnie, Thomas (Ass't Director, BLM)) | Clarke, Kathleen (Director, BLM) | | Draft Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Early edited edition of same document as 105. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 111 | FMV 113 | | 2/4/2004 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM); Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) (through Lonnie, Thomas (Ass't Director, BLM)) | Clarke, Kathleen (Director, BLM) | | Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied in part. Granted in part. Highlighted area is discussion among lawyer and client that would tend to disclose communication intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 115 | FMV 117 | | 2/4/2004 | Sierra, Selma (Ass't Director, BLM) (Lonnie, Thomas (Ass't Director, BLM)); Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM); Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Clarke, Kathleen (Director, BLM) | | Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied in part. Granted in part. Highlighted area is discussion among lawyer and client that would tend to disclose communication intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 119 | FMV 121 | | 2/4/2004 | Sierra, Selma (Ass't Director, BLM) (through Lonnie, Thomas (Ass't Director, BLM)); Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM); Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Clarke, Kathleen (Director, BLM) | | Memorandum regarding the proper response to the decision in Mineral Policy Center v. Norton under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Another copy of the same document as FMV 97. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 128 | FMV 137 | | 1/14/2003 | Regulatory Affairs, BLM | | | Draft ANPR concerning proposed amendments to the grazing administration regulations and announcement of public meetings under 43 C.F.R. 4100. | Document redacted; not related to this rulemaking. | Sustained-- irrelevant |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 140 | FMV 154 | | 4/6/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | This is the draft of a proposed regulation and does not disclose in any way a confidential communciation from a client to an attorney because there is no indication whether the author sought a lawyer's review of what the client had drafted. Denied unless supplemented to identify author. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 156 | FMV 170 | | 3/10/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client | Same ruling as preceeding entry. |
| FMV 172 | FMV 186 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Advance Notice of Proposed Rule Making for Proposed Amendments to the BLM Surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 192 | FMV 192 | | 4/19/2005 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | Email regarding completion of preliminary review of ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI indicates that Hudson is a client and Haight is a lawyer. |
| FMV 194 | FMV 194 | FMV 195 | 5/23/2005 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | Email regarding proposed revisions to draft Federal Register notice for FMV rule. | Privileged - Attorney-Client | Same ruling as preceding entry. |
| FMV 195 | FMV 210 | | 4/13/2005 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client | Appears to be the same document or similar to FMV 140, 156 and 172. Same ruling. Denied unless supplemented to identify author. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 211 | FMV 222 | | 6/2/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |
| FMV 240 | FMV 249 | | 8/9/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 250 | FMV 257 | | 8/11/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |
| FMV 259 | FMV 266 | | 8/10/2005 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 275 | FMV 277 | | 1/26/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Document regarding proposed revisions to options to address remand in Mineral Policy Center v. Norton. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 279 | FMV 281 | | 1/25/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client | Same ruling as preceeding entry. |
| FMV 284 | FMV 286 | | 1/31/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 288 | FMV 291 | | 2/7/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |
| FMV 293 | FMV 296 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | Draft memorandum regarding options to address the remand in Mineral Policy Center versus Norton concerning 43 C.F.R. 3809. | Privileged - Attorney-Client | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV000 297 | FMV00 0297 | FMV0002 98 | 2/7/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | Email regarding proposed revisions to options paper addressing remand in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI identifies which recipient, if any, is a lawyer and that Haight was seeking his or her legal guidance or advice. |
| FMV 298 | FMV 301 | | 1/25/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 302 | FMV 305 | | 2/15/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 307 | FMV 310 | | 3/28/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft options paper regarding the Mineral Policy Center case remand. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 312 | FMV 313 | | 3/28/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft document regarding proposed revisions to multiple sections under 43 C.F.R. 3809 concerning mineral examination and mining operations. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 314 | FMV 317 | | 3/28/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft memorandum regarding options to address remand in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Same ruling as previous entry. |
| FMV 318 | FMV 325 | | 5/1/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 327 | FMV 334 | | 4/27/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 349 | FMV 379 | | 5/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 380 | FMV 414 | | 5/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV000 427 | FMV00 0430 | | 1/5/2007 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Briggs, Vickie (Public Affairs Specialist, BLM) | | | Draft Information Memorandum regarding BLM response to the District Court remand of the 3809 surface management regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 432 | FMV 439 | | 5/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Proposed Rule amending the BLM surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 440 | FMV 447 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Murrellwright, Thomas (Physical Scientist, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | | Draft Proposed Rule amending the BLM Surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 449 | FMV 456 | | 5/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 475 | FMV 482 | | 5/8/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 484 | FMV 491 | | 5/8/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment |
| FMV 493 | FMV 527 | | 5/2/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 530 | FMV 560 | | 8/8/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 572 | FMV 608 | | 9/19/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 610 | FMV 626 | | 9/20/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Proposed Rule under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 627 | FMV 652 | | 9/27/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 667 | FMV 680 | | 9/28/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 682 | FMV 695 | | 9/28/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 696 | FMV 709 | | 10/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 710 | FMV 710 | FMV 711 | 10/2/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | Email regarding draft federal register notice addressing Fair Market Value rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 711 | FMV 724 | | 10/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 725 | FMV 739 | | 10/3/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is client and transmitted the draft to a lawyer for review or comment. |
| FMV 740 | FMV 740 | FMV 741 | 10/3/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 741 | FMV 754 | | 10/3/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 756 | FMV 769 | | 10/3/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 770 | FMV 770 | | 10/3/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Anderson, Bob M. (Deputy Ass't to Director, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Haight, Scott (Assoc. Field Manager, Montana, BLM) | Email regarding proposed revisions to draft notice of the Fair Market Value Rule. | Non-privileged - to be released | No claim of privilege. |
| FMV 771 | FMV 771 | FMV 772 | 10/3/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Anderson, Bob M. (Deputy Ass't Director, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | Email regarding draft of FMV notice. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 772 | FMV 785 | | 10/3/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Notice of Inquiry under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 786 | FMV 789 | | 10/4/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Loomas, Michael (Roseburg District Office, Oregon, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjud., BLM); Hudson, Ted (A.C., Reg. Aff., BLM); Murphy, Ted A. (Gr. Mgr., BLM) | Email regarding proposed revisions to regulations concerning notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 790 | FMV 792 | | 10/4/2006 | Anderson, Bob M. (Deputy Ass't Director, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Haight, Scott (Assoc. Field Manager, Montana, BLM); Murphy, Ted A. (Gr. Mgr., BLM); Loomas, Michael (Oregon, BLM) | Email regarding proposed revisions to regulations concerning notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 793 | FMV 794 | | 10/4/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Anderson, Bob M. (Deputy Ass't Director, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Murphy, Ted A. (Gr. Mgr., BLM) | Email regarding proposed revisions to regulations concerning draft notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 795 | FMV 797 | FMV 798 | 10/5/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't to draft notice of Director, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Loomas, Michael (Roseburg District Office, Oregon, BLM); Haskins, Roger (Sr. Spec., BLM); Murphy, Ted A. (Gr. Mgr., BLM) | Email regarding proposed revisions to draft notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Same ruling as preceeding entry. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Author / Sender | Date | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 798 | FMV 812 | | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | 10/3/2006 | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 813 | FMV 818 | FMV 819 | 10/6/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Loomas, Michael (Roseburg District Office, Oregon, BLM); Haskins, Roger (Senior Specialist, BLM); Murphy, Ted A. (Gr. Mgr., BLM) | Email regarding proposed revisions draft notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Denied conditionally until DOI identifies the author as a client seeking legal guidance or advice from a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 819 | FMV 833 | | 10/3/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 834 | FMV 834 | FMV 835 | 10/20/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions to fair market value notice. | Privileged - Attorney-Client; Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 835 | FMV 849 | | 10/20/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 850 | FMV 850 | FMV 851 | 10/20/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions to fair market value notice. | Privileged - Attorney-Client; Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 851 | FMV 865 | | 10/20/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 866 | FMV 882 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 883 | FMV 899 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 900 | FMV 900 | FMV 901 | 10/24/2006 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Yudson, Joel (Attorney, Div. of Mineral Resources) | | Email regarding comments to Fair Market Value rule. | Privileged - Attorney-Client; Attorney Work Product. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 901 | FMV 917 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 918 | FMV 918 | FMV 919 | 10/24/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | Email regarding draft FMV notice. | Privileged - Attorney-Client; Attorney Work Product. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |
| FMV 919 | FMV 934 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 935 | FMV 936 | FMV 937; FMV 954 | 10/24/2006 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV notice. | Privileged - Attorney-Client; Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |
| FMV 937 | FMV 953 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 954 | FMV 970 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 971 | FMV 971 | FMV 972; FMV 989 | 10/24/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources) | Email regarding proposed revisions to FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 972 | FMV 988 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 989 | FMV 1005 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1006 | FMV 1006 | FMV 1007 | 10/25/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | | Email regarding proposed revisions to notice of the Fair Market Value Rule. | Privileged - Attorney-Client. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor, except for the highlighted section, the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| FMV 1007 | FMV 1023 | | 10/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Yudson, Joel (Atty., Div. of Min. Res.); Leverette, Mitchell (Dep. Div. Chief, Solids, BLM); Haskins, Roger (Sr. Spec., BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Murphy, Ted A. (Gr. Mgr., Solids, BLM) | Email regarding proposed revisions to fair market value rule notice. | Privileged - Attorney-Client. | Sustained. |
| FMV 1024 | FMV 1029 | FMV 1030 | 11/3/2006 | | | | | | |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1030 | FMV 1046 | | 11/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1047 | FMV 1052 | FMV 1053 | 11/3/2006 | Leverette, Mitchell (Deputy Division Chief, Solids, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Yudson, Joel (Atty., Div. of Min. Res.); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Hudson, Ted (Act. Chief, Reg. Aff., BLM); Murphy, Ted A. (Gr. Mgr., Solids, BLM) | Email regarding proposed revisions to fair market value rule notice. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1053 | FMV 1069 | | 11/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1070 | FMV 1074 | FMV 1075 | 11/3/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Yudson, Joel (Atty., Div. of Min. Res.); Leverette, Mitchell (Dep. Div. Chief, Solids, BLM); Haskins, Roger (Sr. Spec., Mining Law Adjudication, BLM); Hudson, Ted (Acting Chief, Reg. Aff., BLM); Murphy, Ted A. (Gr. Mgr., Solids, BLM) | Email regarding proposed revisions to the fair market value notice. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|----------|----------|---------|------|-----------------|------------|-----|---------------------|----------------------|--------|
| FMV 1075 | FMV 1091 | | 11/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Leverette, Mitchell (Deputy Division Chief, Solids, BLM) | Yudson, Joel (Atty., Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Min. Res.); Haskins, Roger (Sr. Spec., Mining Law Adjudication, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Murphy, Ted A. (Gr. Mgr., Solids, BLM) | Email regarding proposed revisions to fair market value notice. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1092 | FMV 1098 | FMV 1099 | 11/3/2006 | | | | | | |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1099 | FMV 1115 | | 11/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1116 | FMV 1116 | FMV 1117 | 11/7/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Yudson, Joel (Attorney, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to invalidly claimed sections of notice of Fair Market Value Rule. | Privileged - Attorney-Client. | Sustained because one or more recipients is a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|----------|----------|---------|------|-----------------|------------|-----|---------------------|----------------------|--------|
| FMV 1117 | FMV 1133 | | 11/23/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1134 | FMV 1139 | FMV 1140 | 11/8/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Yudson, Joel (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Min. Res.); Leverette, Mitchell (Dep. Div. Chief, Solids, BLM); Haskins, Roger (Sr. Spec., BLM); Murphy, Ted A. (Group Manager, Solids, BLM) | Email regarding proposed revisions to fair market value notice. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1140 | FMV 1156 | | 11/2/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1216 | FMV 1218 | | 11/16/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to ANPR. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1219 | FMV 1219 | | 11/16/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Email regarding proposed revisions to language contained in ANPR. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1220 | FMV 1221 | | 11/20/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Email regarding correcting mistake in ANPR. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1222 | FMV 1222 | FMV 1223; FMV 1240 | 11/20/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Email regarding correcting mistake in ANPR. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1223 | FMV 1239 | | 11/20/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1240 | FMV 1256 | | 11/20/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1259 | FMV 1275 | | 11/21/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1278 | FMV 1278 | FMV 1279 | 11/28/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Murphy, Ted A. (Group Manager, Solids, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Anderson, Bob (Deputy Asst Director, BLM) | | Email regarding proposed revisions to ANPR. | Privileged - Attorney-Client. | Denied, Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)
Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1279 | FMV 1295 | | 11/27/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1296 | FMV 1296 | FMV0012 97 | 11/29/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | Email regarding proposed revisions of ANPR. | Privileged - Attorney-Client. | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1297 | FMV 1313 | | 11/29/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1349 | FMV 1349 | | 11/21/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Ass't Director, BLM); Murphy, Ted (Group Manager, Solids, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1353 | FMV 1356 | | 11/13/2006 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Murphy, Ted (Group Manager, Solids, BLM) | Anderson, Bob M. (Ass't Director, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Draft memorandum regarding Communication Plan and ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1357 | FMV 1357 | | 11/21/2006 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Ass't Director, BLM); Murphy, Ted (Group Manager, Solids, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

67

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1359 | FMV 1360 | | 12/21/2006 | Murphy, Ted | | | Draft Information Memorandum regarding District Court remand of 43 C.F.R. 3809 surface management regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a cleint and transmitted the draft to a lawyer for review or comment. |
| FMV 1362 | FMV 1363 | | 12/21/2006 | Murphy, Ted | | | Draft Information Memorandum regarding BLM response to the District Court remand of the 43 C.F.R. 3809 surface management regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1367 | FMV 1370 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Murphy, Ted (Group Manager, Solids, BLM) | Anderson, Bob M. (Ass't Director, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Memorandum regarding the communication plan for the ANPR on surface management. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| FMV 1371 | FMV 1371 | | 11/21/2006 | Murphy, Ted (Group Manager, Solids, BLM) | | | Draft Information Memorandum regarding BLM response to the District Court remand of the 43 C.F.R. 3809 surface management regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1378 | FMV 1379 | | 12/26/2006 | Murphy, Ted (Group Manager, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Information Memorandum regarding BLM response to the District Court remand of the 43 C.F.R. 3809 surface management regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |
| FMV 1386 | FMV 1388 | | 12/28/2006 | Briggs, Vickie (Public Affairs Specialist, BLM) | | | Draft Information Memorandum regarding BLM response to District Court remand of the 3809 Surface Management Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1397 | FMV 1399 | | 12/28/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM), Aird, Brenda (Senior Advisor, Office of the Ass't Sec'y); Anderson, Bob (Ass't Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM), Murphy, Ted (Group Manager, Solids, BLM) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |
| FMV 1409 | FMV 1411 | | 12/28/2006 | Anderson, Bob (Ass't Director, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Abbott, Jim (Acting Ass't Director, BLM) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1412 | FMV 1415 | | 12/28/2006 | Anderson, Bob (Ass't Director, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Abbott, Jim (Acting Ass't Director, BLM) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| FMV 1420 | FMV 1422 | | 12/28/2006 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM), Aird, Brenda (Senior Advisor, Office of the Ass't Sec'y); Anderson, Bob (Ass't Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM), Murphy, Ted (Group Manager, Solids, BLM) | | Draft Information Memorandum regarding District Court remand of 43 C.F.R. 3809 surface management regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1438 | FMV 1441 | | 1/5/2007 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Information Memorandum regarding BLM's response to the District Court remand of the 3809 surface management regulations in Mineral Policy Center v. Norton. | Privileged - Attorney-Client; Attorney Work Product. | Denied as to Attorney-Client and sustained as to work product. |
| FMV 1447 | FMV 1449 | | 1/5/2007 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Briggs, Vickie (Public Affairs Specialist, BLM) | | | Draft Information Memorandum regarding BLM response to District Court remand of the 3809 Surface Management Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1450 | FMV 1453 | | 1/5/2007 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Briggs, Vickie (Public Affairs Specialist, BLM) | | | Draft Information Memorandum regarding BLM response to District Court remand of the 3809 Surface Management Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1459 | FMV 1462 | | 1/5/2007 | Aird, Brenda (Senior Advisor, Office of the Ass't Sec'y) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Anderson, Bob (Deputy Ass't Director, BLM); Abbott, Jim (Acting Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Murphy, Ted, BLM); (Group Manager, Solids, BLM); Gauthier-Warriner, Barbara (BLM Liaison, Office of the Ass't Sec'y) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1463 | FMV 1465 | | 1/5/2007 | Aird, Brenda (Senior Advisor, Office of the Ass't Sec'y) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Anderson, Bob (Deputy Ass't Director, BLM); Abbott, Jim (Acting Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Murphy, Ted, BLM); (Group Manager, Solids, BLM); Gauthier-Warriner, Barbara (BLM Liaison, Office of the Ass't Sec'y) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1466 | FMV 1469 | | 1/5/2007 | Aird, Brenda (Senior Advisor, Office of the Ass't Sec'y) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Anderson, Bob (Deputy Ass't Director, BLM); Abbott, Jim (Acting Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Murphy, Ted, (Group Manager, Solids, BLM); Gauthier-Warriner, Barbara (BLM Liaison, Office of the Ass't Sec'y) | | Draft Information Memorandum regarding Remand of 43 C.F.R. 3809 Regulations in Mineral Policy Center versus Norton. | Privileged - Attorney-Client | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Aird, Brenda (Renewable Energy Advisor, Office of the Ass't Sec'y) | Anderson, Bob M. (Dep. AD, BLM); Abbott, Jim (Act. AD, BLM); Leverette, M. (Dep. DC, BLM); Haight, S. (Ass. Field Mgr., BLM); Hudson, Ted (AC, Reg. Aff., BLM); Murphy, Ted A. (Gr. Mgr., BLM); Gauthier-Warinner, B. (Office of Ass't Sec'y) | Email regarding proposed revisions to the fair market value rule briefing paper. | Nonprivileged - to be released | To be released. |
| FMV 1470 | FMV 1474 | | 1/8/2007 | | | | | | |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1476 | FMV 1479 | | 1/10/2007 | Abbott, Jim (Acting Ass't Director, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Briggs, Vickie (Public Affairs Specialist, BLM); Anderson, Robert M. (Deputy Ass't Director, BLM) | | | Information Memorandum regarding proposed rule amending the Bureau of Land Management Surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client Privileged | Denied. Does not disclose a communication from a client intended to be confidential. |
| FMV 1481 | FMV 1484 | | 1/10/2007 | Briggs, Vickie (Public Affairs Specialist, BLM); Gauthier-Warinner, Barbara (BLM Liaison, Office of the Ass't Sec'y) | | | Draft Information Memorandum regarding BLM response to Mineral Policy Center v. Norton Court remand of regulations. | Privileged - Attorney-Client Privileged | Denied. Does not disclose a communication from a client intended to be confidential. It is a report by an attorney on a decided case. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1485 | FMV 1486 | | 1/9/2007 | Murrellwright, Scott (Geologist, BLM); Maybee, J.; Gauthier-Warinner, Barbara Gauthier-Warinner, Barbara (BLM Liaison, Office of the Ass't Sec'y) | | | Draft Information Memorandum regarding BLM response to Mineral Policy Center v. Norton Court remand of regulations. | Privileged - Attorney-Client Privileged | Denied. Does not disclose a communication from a client intended to be confidential. |
| FMV 1703 | FMV 1705 | | 11/14/2007 | Brady, Ray (Energy Team Manager, BLM) | Murrellwright, Thomas (Geologist, BLM) | Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Kupferman, Steve (Geologist, California State Office, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | Email regarding follow-up questions on the discussion on how to proceed with notice of FMV rule under Kennedy decision. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and sought advice or legal guidance from a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1706 | FMV 1707 | | 11/14/2007 | Murrellwright, Thomas (Geologist, BLM) | Brady, Ray (Energy Team Manager, BLM) | Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Kupferman, Steve (Geologist, California State Office, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | Email regarding discussion on how to proceed with notice of FMV rule under Kennedy decision. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and sought advice or legal guidance from a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1708 | FMV 1711 | | 11/15/2007 | Murrellwright, Thomas (Geologist, BLM) | Brady, Ray (Energy Team Manager, BLM) | Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Kupferman, Steve (Geologist, California State Office, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Email regarding followup question on the FMV rule under Mineral Policy Center v. Norton. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and sought advice or legal guidance from a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1712 | FMV 1720 | | 11/26/2007 | BLM | Nitta, Kendra (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); McKeown, Matt (Deputy Assoc. Solicitor, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | Draft Interim Final Rule. | Privileged - attorney client Attorney Work Product. | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 1721 | FMV 1726 | | 11/27/2007 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft interim final fair market value rule. | Privileged - Attorney-Client - Attorney Work Product. | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1727 | FMV 1727 | | 11/29/2007 | Nitta, Kendra (Attorney, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding draft interim fair market value rule. | Privileged - Attorney-Client - Attorney Work Product. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |
| FMV 1728 | FMV 1728 | | 12/11/2007 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Anderson, Bob M. (Deputy Ass't Director, BLM) | | Email regarding draft of the FMV rule and reclamation handbook. | Nonprivileged - to be released | To be released. |
| FMV 1748 | FMV 1748 | FMV 1749 | 1/15/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV Rule. | Nonprivileged - to be released | To be released. |
| FMV 1749 | FMV 1750 | | 1/15/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | | Draft document regarding proposed revisions to Insert A of the FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Sustained as to work product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1751 | FMV 1751 | | 1/15/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV rule. | Nonprivileged - to be released | To be released. |
| FMV 1752 | FMV 1752 | FMV 1753 | 1/15/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV rule. | Nonprivileged - to be released | To be released. |
| FMV 1753 | FMV 1758 | | 1/11/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1760 | FMV 1760 | | 1/16/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Division of Mineral Resources); McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to preamble language of the FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Sustianed as to the work product privilege but only as to highlighted material. |
| FMV 1761 | FMV 1761 | FMV 1762 | 1/17/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to preamble language of draft interim final FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Sustained as to work product. |
| FMV 1762 | FMV 1768 | | 1/15/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1769 | FMV 1769 | FMV 1770 | 1/17/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to preamble language of draft interim final FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Sustained as to work product. |
| FMV 1770 | FMV 1776 | | 1/15/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1777 | FMV 1789 | | 1/23/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 1790 | FMV 1796 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1797 | FMV 1797 | FMV 1798 | 1/29/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| FMV 1798 | FMV 1804 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1805 | FMV 1806 | FMV 1807; FMV 1814; FMV 1821 | 1/29/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client - Attorney Work Product | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1807 | FMV 1813 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1814 | FMV 1820 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 1821 | FMV 1823 | | 1/1/1944 | | | | Restatement of the Law regarding Property, Section 512 on licenses. | Non-privileged - to be released | To be released. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1824 | FMV 1824 | FMV 1825; FMV 1832 | 1/29/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client - Attorney Work Product | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1825 | FMV 1831 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1832 | FMV 1838 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Harris, James (Assoc. Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1839 | FMV 1839 | FMV0018 40;FMV0 01847 | 1/29/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to draft interim final fair market value rule. | Privileged - Attorney-Client; Attorney Work Product. | Denied. Transmittal of draft. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer |
| FMV 1840 | FMV 1846 | | 1/29/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hudson, Scott; Haight, Ted | | | Draft interim final rule amending the BLM Surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1847 | FMV 1853 | | 1/29/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft interim final rule amending the BLM Surface Management Regulations for Operations Authorized by the Mining Laws under 43 C.F.R. 3809. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as to work product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1854 | FMV 1855 | FMV 1856; FMV 1863; FMV 1870 | 1/30/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Reciepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1856 | FMV 1862 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1863 | FMV 1869 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 1870 | FMV 1872 | | 1/1/1944 | | | | Restatement of the Law regarding Property, Section 512 on licenses. | Nonprivileged - to be released | To be released. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1874 | FMV 1880 | | 1/30/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|----------|----------|---------|------|-----------------|------------|----|--------------------|----------------------|--------|
| FMV 1881 | FMV 1882 | FMV 1883 | 1/31/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Montana, BLM) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client. | Denied, except for highlighted part. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1883 | FMV 1898 | | 1/31/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1900 | FMV 1906 | | 1/31/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1908 | FMV 1914 | | 1/31/2008 | Nitta, Kendra (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1915 | FMV 1916 | FMV 1917 | 2/1/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Anderson, Bob M. (Dep. A.D., BLM); Nitta, Kendra (Atty., Div. of Mineral Resources); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Email regarding proposed revisions to draft interim final fair market value rule. | Privileged - Attorney-Client | Granted as to highlighted part. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1917 | FMV 1929 | | 2/1/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1930 | FMV 1931 | FMV 1932 | 2/6/2008 | Anderson, Bob M. (Deputy Ass't Director, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of M.R.); Nitta, Kendra (Attorney, Div. of M.R.); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Email regarding decision to discuss draft interim final FMV rule with solids experts. | Privileged - Attorney-Client | Denied, except for highlighted section. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1932 | FMV 1945 | | 2/6/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1946 | FMV 1946 | FMV 1947 | 2/6/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Anderson, Bob; Nitta, Kendra (Attorney, Div. of Mineral Resources); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1947 | FMV 1960 | | 2/6/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Sustained as to the highlighted part. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 1961 | FMV 1963 | FMV 1964 | 2/7/2008 | | | | | | |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1964 | FMV 1977 | | 2/7/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1978 | FMV 1980 | | 2/11/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Anderson, Bob M. (Deputy Ass't Director, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Email regarding concerns and proposed revisions to draft interim final fair market value rule. | Privileged - Attorney-Client. | Denied, except for highlighted section. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1981 | FMV 1983 | FMV 1984; FMV 1991; FMV 1998 | 2/14/2008 | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding Mike Nedd Attorney-Client communication with review of FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1984 | FMV 1990 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 1991 | FMV 1997 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Harris, James (Assoc. Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 1998 | FMV 2000 | | 1/1/1944 | | | | Restatement of the Law regarding Property, Section 512 on licenses. | Nonprivileged - to be released | To be released. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2001 | FMV 2002 | FMV 2003; FMV 2010; FMV 2017 | 2/14/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer ecept for highlighted part. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2003 | FMV 2009 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2010 | FMV 2016 | | 1/29/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Harris, James (Assoc. Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client; Attorney Work Product | Denied conditionally as to Attorney-Client privilege unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. Decision as to Work Product held in abeyance. |
| FMV 2017 | FMV 2019 | | 1/1/1944 | | | | Restatement of the Law, Property, Section 512. | Nonprivileged - to be released | To be released. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
|  | FMV 2020 | FMV 2021 | 2/14/2008 | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | Anderson, Bob M. (Deputy Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) |  | Email regarding option paper concerning Mineral Policy Center versus Norton. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| FMV 2021 | FMV 2027 | FMV 2021 | Undated |  | Anderson, Bob M. (Deputy Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) |  | Edited briefing paper regarding FMV options after the Mining Policy Center decision. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. Work product privilege not claimed. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2029 | FMV 2043 | | 3/4/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 2044 | FMV 2045 | FMV 2046 | 3/13/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Nitta, Kendra (Attorney, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Email regarding proposed revisions to draft interim final FMV rule. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2046 | FMV 2060 | | 3/4/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 2062 | FMV 2076 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | Draft Interim Final Rule. | Privileged - Attorney-Client | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2077 | FMV 2080 | FMV0020 81 | 3/14/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | Email regarding discussion of mining purposes language in FMV rule. | Privileged - Attorney-Client. | Sustained. |
| FMV 2081 | FMV 2095 | | 3/4/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2096 | FMV 2098 | FMV 2099 | 3/14/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | Email regarding discussion of mining purposes language in FMV rule. | Privileged - Attorney-Client. | Sustained. |
| FMV 2099 | FMV 2113 | | 3/4/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2115 | FMV 2117 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Lawyer, Mark (Regulatory Affairs, BLM) | Little, Chandra (Regulatory Affairs, BLM) | Chart regarding Department of Interior Regulations Ready for Review from April through June 2008. | Information about other rulemakings redacted. | Sustained. Irrelevant. |
| FMV 2119 | FMV 2142 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 2144 | FMV 2167 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2171 | FMV 2173 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Nygren, Andrea (BLM) | | Chart regarding Department of the Interior Regulations Ready for Review from April through June 2008. | Information about other rulemakings redacted. | Sustained. Irrelevant. |
| FMV 2174 | FMV 2174 | | 4/7/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources); Harris, James (Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding proposed revisions to FMV rule. | Privileged - Attorney-Client; Attorney Work Product | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer, except for a trivial comment. |
| FMV 2190 | FMV 2192 | | Undated | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Chart regarding BLM regulations ready for review under 43 C.F.R. 3800. | Information about other rulemakings redacted. | Sustained. Irrellevant. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2492 | FMV 2494 | FMV 2495; FMV 2534; FMV 2575 | 7/14/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding Solicitor's Office's advice regarding Northwest Mining Association proposed revisions to FMV rule. | Privileged - Attorney-Client; Attorney Work Product. | Sustained. |
| FMV 2578 | FMV 2580 | FMV 2581; FMV 2620; FMV 2661 | 7/14/2008 | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding Solicitor's Office's advice regarding Northwest Mining Association proposed revisions to FMV rule. | Privileged - Attorney-Client Privileged Attorney Work Product. | Numbering is wrong; document begins on 2578; sustained. |
| FMV 2690 | FMV 2694 | FMV 2695; FMV 2734; FMV 2775 | 7/14/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding Solicitor's Office's advice regarding Northwest Mining Association proposed revisions to FMV rule. | Privileged - Attorney-Client privilege Attorney Work Product. | Sustained. |
| FMV 2778 | FMV 2781 | FMV 2782; FMV 2821; FMV 2862 | 7/14/2008 | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding Solicitor's Office's advice regarding Northwest Mining Association proposed revisions to FMV rule. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as to work product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 2865 | FMV 2865 | FMV 2866 | 7/14/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Nedd, Mike (Asst. Director, BLM); Anderson, Bob M. (Deputy Ass't Director, BLM); Leverette, Mitchell (Deputy Division Chief, Solids, BLM) | McKeown, Matthew (Deputy Assoc. Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | Email regarding the fair market value policy and the use of unclaimed lands for mining operations. | Privileged - Attorney-Client. | Denied. Does not disclose communication from client intended to be confidential. |
| FMV 3042 | FMV 3067 | FMV 3041 | 8/11/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft interim final rule under 43 C.F.R. 3800. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3068 | FMV 3068 | | 8/11/2008 | Caswell, James L. (Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Allred, C. Stephen (Assistant Secretary of the Interior) | | Memorandum regarding interim final rule on mining claims under the general mining laws concerning use of unclaimed lands for mining purposes under 43 C.F.R. 3800. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| FMV 3070 | FMV 3095 | | 8/12/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3096 | FMV 3097 | FMV 3098; FMV 3124 | 8/18/2008 | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Leverette, Mitchell (Deputy Division Chief, Solids, BLM); Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM) | Email regarding proposed revisions to the fair market value rule. | Privileged - Attorney-Client. | Sustained as to the highlighted section. |
| FMV 3098 | FMV 3123 | | 8/11/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Caswell, James L. (Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Allred, C. Stephen (Assistant Secretary of the Interior) | | Memorandum regarding interim final rule on mining claims under the general mining laws concerning use of unclaimed lands for mining purposes under 43 C.F.R. 3800. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| FMV 3124 | FMV 3124 | | 8/11/2008 | | | | | | |
| FMV 3125 | FMV 3126 | | 8/19/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding the Solicitor review of multiple rule surname packages. | Privileged - Attorney-Client. | Sustained as to the highlighted section. |
| FMV 3127 | FMV 3128 | | 8/19/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Sosin, Amy | | Email regarding the Solicitor review of multiple rule surname packages. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3131 | FMV 3156 | | 8/11/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3157 | FMV 3157 | | 8/11/2008 | Caswell, James L. (Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Allred, C. Stephen (Assistant Secretary of the Interior) | | Memorandum regarding interim final rule on mining claims under the general mining laws concerning use of unclaimed lands for mining purposes under 43 C.F.R. 3800. | Privileged - Attorney-Client. | Denied. Does not disclose a communication from a client to a lawyer. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3161 | FMV 3186 | | 8/11/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3187 | FMV 3187 | | 8/11/2008 | Caswell, James L. (Director, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Allred, C. Stephen (Assistant Secretary of the Interior) | | Memorandum regarding interim final rule on mining claims under the general mining laws concerning use of unclaimed lands for mining purposes under 43 C.F.R. 3800. | Privileged - Attorney-Client. | Denied. Transmittal of draft; does not disclose a communication from a client intended to be confidential. |
| FMV 3190 | FMV 3192 | | 9/11/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft chart regarding regulations ready for review from October through December 2008. | Information about other rulemakings redacted. | Sustained; irrelevant. |

132

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3195 | FMV 3218 | | 9/17/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3220 | FMV 3243 | | 9/17/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3261 | FMV 3263 | | 9/11/2008 | | | | Draft chart regarding regulations ready for review from October through December 2008. | Information about other rulemakings redacted. | Sustained; irrelevant. |
| FMV 3266 | FMV 3267 | | 10/21/2008 | Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | Email regarding the status of the FMV rule and the EPAct coal rule. | Information about other rulemakings redacted. | Sustained; irrelevant. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3274 | FMV 3297 | | 9/18/2008 | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Nitta, Kendra (Attorney, Div. of Mineral Resources) | | | Draft Interim Final Rule. | Privileged - Attorney-Client privilege | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3657 | FMV 3673 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3674 | FMV 3690 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM); Hawbecker, Karen (Ass't Solicitor, Div. of Mineral Resources) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3691 | FMV 3707 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Recepient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3708 | FMV 3724 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft ANPR under 43 C.F.R. 3809. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3734 | FMV 3739 | | Undated | Anderson, Bob (Ass't Director, BLM) | Yudson, Joel (Attorney, Div. of Mineral Resources) | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Interim Final Rule adding 43 C.F.R. § 3800.6 (Dec. 4, 2008)

| Beg Doc# | End Doc# | Attach. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| FMV 3792 | FMV 3798 | | Undated | Haight, Scott (Assoc. Field Manager, Lewistown Field Office, Montana, BLM); Hudson, Ted (Acting Chief, Regulatory Affairs, BLM) | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| FMV 3799 | FMV 3807 | | Undated | | | | Draft Interim Final Rule. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 43 | MIL 107 | | 2/25/1999 | Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | | | Draft Proposed Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 108 | MIL 108 | MIL 109 | 3/5/1999 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions to millsite regulations preamble. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as to Attorney-Client Privilege. |
| MIL 109 | MIL 231 | | 3/2/1999 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | | | Draft Proposed Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client; Attorney Work Product. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 369 | MIL 547 | | 3/26/1999 | | | | SOL mark up of proposed rule on Location, Recording, and Maintenance of Mining Claims or Sites. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Recipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 548 | MIL 548 | MIL 549 | 4/16/1999 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Loveless, Scott; Abeita, Ethel; Adams, Lauri; Aldrich, Rich; Anderson, Terri; Arguedas, Arthur; Babst, Charles; Baca Green, Tonianne; Berger, Temi; Blackwell,Sharon; Bockmon, Chris; Butler, Alexandra; Chaffin, John; Dunnigan, Karan; Eaton, Robert; Etheridge, Dave; Freels, Catherine; Frost, Gavin; Gelfuso, Andrea; Goodyear, Barbara; Grayson, David; Greenfield, Richard; Grenham, Brad; Guy, Gina; Harrington, John; Hemmer, Lisa (Attorney, Solicitor's Office); Hill, Bruce; Hockberger, Jack; Hopewell, Dennis; Jordan, Derril; Kelley, Colleen; King, Marianne; Kunz, John; Madsen, Lowell; Mihan, Ralph; Moore, Gerald; Mothershead, James; OHare, Thomas; Ohline, Beverly; Payne, John R.; Rice, Jean; Rigg, Jennifer; Rising, Lyle; Roth, Barry; Schoessler, Michael; Sebby, Kenneth; Shea, Courtney; Spaulding, Janet; Steiger, John; Thornton, Gerald; Toussaint, Lisa; Vaughn, Grant; Vollmann, Tim; Watts, Dave; Wood, Brock; Woodcock, Alan; Fugate, Barbara; Nitta, Kendra; Schaumberg, Peter; Leslie, Phyllis; Yudson, Joel (All attorneys, Solicitor's Office) | | Email regarding request for comment and review from minerals attorneys to proposed revisions to mining law regulations. | Privileged - Attorney Work Product | Sustained as Work Product as to the highlighted section only. |

4

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 549 | MIL 549 | | 4/16/1999 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Loveless, Scott; Abeita, Ethel; Adams, Lauri; Aldrich, Rich; Anderson, Terri; Arguedas, Arthur; Babst, Charles; Baca Green, Tonianne; Berger, Temi; Blackwell,Sharon; Bockmon, Chris; Butler, Alexandra; Chaffin, John; Dunnigan, Karan; Eaton, Robert; Etheridge, Dave; Freels, Catherine; Frost, Gavin; Gelfuso, Andrea; Goodyear, Barbara; Grayson, David; Greenfield, Richard; Grenham, Brad; Guy, Gina; Harrington, John; Hemmer, Lisa (Attorney, Solicitor's Office); Hill, Bruce; Hockberger, Jack; Hopewell, Dennis; Jordan, Derril; Kelley, Colleen; King, Marianne; Kunz, John; Madsen, Lowell; Mihan, Ralph; Moore, Gerald; Mothershead, James; OHare, Thomas; Ohline, Beverly; Payne, John R.; Rice, Jean; Rigg, Jennifer; Rising, Lyle; Roth, Barry; Schoessler, Michael; Sebby, Kenneth; Shea, Courtney; Spaulding, Janet; Steiger, John; Thornton, Gerald; Toussaint, Lisa; Vaughn, Grant; Vollmann, Tim; Watts, Dave; Wood, Brock; Woodcock, Alan; Fugate, Barbara; Nitta, Kendra; Schaumberg, Peter; Leslie, Phyllis; Yudson, Joel (All attorneys, Solicitor's Office) | | Questions and answers regarding Sections 3832.32 and 3832.22 of mining law. | Privileged - Attorney Work Product | Sustained as to Work Product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 550 | MIL 551 | | 4/20/1999 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Yudson, Joel (Attorney, Div. of Mineral Resources); Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding review questions for minerals attorneys. | Privileged - Attorney Work Product. | Sustained as Work Product as to the highlighted section only. |
| MIL 552 | MIL 552 | | 4/20/1999 | Hemmer, Lisa (Attorney, Div. of Mineral Resources) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources); Yudson, Joel (Attorney, Div. of Mineral Resources) | Email regarding review questions for mineral attorneys concerning mining law regulatoins. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as Work Product as to the highlighted section only. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 1060 | MIL 1111 | | 5/1/1999 | Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | | SOL mark up of proposed rule on Location, Recording, Maintenance of Mining Claims or Sites. | Privileged - Attorney- Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 1112 | MIL 1168 | | 5/14/1999 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | | SOL mark up of proposed rule on Location, Recording, and Maintenance of Mining Claims or Sites. | Privileged - Attorney- Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 1177 | MIL 1177 | MIL 1178 | 5/26/1999 | Tryon, Stephen (Oklahoma Field Manager, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources); Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources); Birnbaum, Liz (Assoc. Solicitor, Div. of Mineral Resources); Yudson, Joel (Attorney, Div. of Mineral Resources) | | Email regarding briefing on mining claim fee and recordation. | Privileged - Attorney- Client | Denied; does not disclose a communication from a client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 1340 | MIL 1341 | MIL 1342 | 5/27/1999 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Email regarding revised briefing plan on mill site provision. | Privileged - Attorney-Client. | Sustained. |
| MIL 1342 | MIL 1345 | | | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Draft memorandum regarding outline for briefing on interim final rule on mining claims or sites. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the document to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|-----------|----------|--------|------|-----------------|------------|-----|---------------------|----------------------|--------|
| MIL 1347 | MIL 1352 | | | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources), Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM), Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | | Draft Questions & Answers document prepared for Office of Management and Budget briefing regarding Proposed Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. Parts 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 1385 | MIL 1407 | | 7/7/1999 | Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Fax attaching edits to proposed rule on Location, Recording, and Maintenance of Mining Claims or Sites. | Privileged - Attorney-Client. | Denied; is not a communication from a client. |
| MIL 1964 | MIL 1964 | MIL 1965 | 9/15/1999 | Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM); Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Email regarding chronology of 3830 rulemaking. | Privileged - Attorney-Client; Attorney Work Product. | Denied; does not disclose a communication from a client to a lawyer. |
| MIL 1965 | MIL 1965 | | 9/15/1999 | Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM); Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Chronology regarding Mining Claim proposed rule package. | Privileged - Attorney-Client; Attorney Work Product. | Denied as to attorney-client privilege but sustained as to work product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 2072 | MIL 2072 | MIL 2073 | 10/13/1999 | Nagle, Eric (Attorney, Pacific Northwest Regional Solicitor's Office) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | King, Marianne (Attorney, Pacific Northwest Regional Solicitor's Office) | Email regarding proposed revisions to proposed rule on millsite location. | Privileged - Attorney-Client; Attorney Work Product. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 2073 | MIL 2074 | | 10/13/1999 | Nagle, Eric (Attorney, Pacific Northwest Regional Solicitor's Office) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | King, Marianne (Attorney, Pacific Northwest Regional Solicitor's Office) | Memorandum regarding comments on proposed rule on millsites. | Privileged - Attorney-Client; Attorney Work Product. | Sustained. |
| MIL 4124 | MIL 4130 | | | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Draft EA for Proposed Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4484 | MIL 4484 | MIL 4485 | 12/4/2002 | Rieger, Nick (Physical Scientist, Solids, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Email regarding proposed revisions and required signatures on EA of regulations under 43 C.F.R. 3830. | Privileged - Attorney-Client. | Sustained. |
| MIL 4485 | MIL 4491 | | | Rieger, Nick (Physical Scientist, Solids, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Draft EA for Proposed Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. Parts 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4593 | MIL 4594 | | 2/24/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Watson, Rebecca W. (Ass't Sec'y, DOI); Clarke, Kathleen (Director, BLM) | | Memorandum regarding the Mill Site Opinion. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 4595 | MIL 4596 | | 2/24/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Watson, Rebecca W. (Ass't Sec'y, DOI); Clarke, Kathleen (Director, BLM) | | Memorandum regarding documents for preparation for meeting with Secretary Norton on draft mill site opinion by Solicitor Myers. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 4597 | MIL 4635 | | 2/28/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | | | Memorandum regarding the Mill Site Opinion. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |

13

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4636 | MIL 4636 | | 3/5/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Lass, Conrad (Special Ass't, BLM) | | Memorandum regarding mill site opinion issues to discuss in upcoming meeting. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 4637 | MIL 4675 | | 3/11/2003 | Culp, Pete (Ass't Director, BLM); Abbey, Bob (Nevada State Director, BLM); Deery, Rick (Geologist, Solids, BLM); Lass, Conrad (Special Ass't, BLM) | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | | Memorandum regarding Mill Site opinion issues. | Privileged - Attorney-Client. | Sustained. |
| MIL 4676 | MIL 4684 | | 3/13/2003 | Deery, Rick (Geologist, Solids, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Fax regarding Mill Site Opinion issues. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4685 | MIL 4688 | | 3/13/2003 | | | | Draft document regarding pros and cons of mill site options. | Privileged - Attorney-Client. | Sustained. |
| MIL 4689 | MIL 4693 | | 3/14/2003 | | | | Draft table regarding pros and cons of mill site options. | Privileged - Attorney-Client. | Sustained. |
| MIL 4694 | MIL 4696 | | 3/14/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Norton, Gale A. (Sec'y of the Interior) | | Memorandum regarding briefing on Mining Law use or occupancy mill site provision. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |
| MIL 4697 | MIL 4698 | | 3/17/2003 | | | | Draft report regarding Mill Site Options Paper. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4718 | MIL 4731 | | 4/8/2003 | Myers III. William G. (Solicitor of the Interior) | Norton, Gale A. (Sec'y of the Interior) | Griles, J. Steven (Deputy Sec'y of the Interior); Watson, Rebecca W. (Ass't Sec'y, DOI); Klee, Ann (Counselor to the Sec'y) | Draft memorandum regarding DOI response to criticism of Leshy mill site opinion. | Privileged - Attorney-Client. | Sustained |
| MIL 4732 | MIL 4746 | | 4/11/2003 | Myers III. William G. (Solicitor of the Interior) | Norton, Gale A. (Sec'y of the Interior) | | Memorandum regarding Mill Site Options Paper. | Privileged - Attorney-Client. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4747 | MIL 4761 | | 4/11/2003 | Myers III. William G. (Solicitor of the Interior) | Norton, Gale A. (Sec'y of the Interior) | Griles, J. Steven (Deputy Sec'y of the Interior); Watson, Rebecca W. (Ass't Sec'y, DOI); Klee, Ann (Counselor to the Sec'y) | Draft memorandum regarding DOI response to criticism of Leshy mill site opinion. | Privileged - Attorney-Client. | Sustained. |
| MIL 4764 | MIL 4769 | | 6/16/2003 | | | | Memorandum regarding questions on the mill site use and occupancy requirements. | Privileged - Attorney-Client. | Denied conditionally unless DOI identifies author and recipient and establishes communication was by a client, intended to be confidential, and sought legal advice or guidance. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|
| MIL 4770 | MIL 4776 | | Watson, Rebecca W. (Ass't Sec'y, DOI) 7/2/2003 | Clark, Jeffrey B. (Deputy Ass't. Attorney General, DOJ) | Sansonetti, Thomas L. (Ass't. Attorney General, DOJ) | Letter regarding meeting with Assistant Attorney General Thomas Sansonetti regarding the 1997 Mill Site Opinion. | Privileged - Attorney-Client. | Sustained |
| MIL 4777 | MIL 4777 | | Hawbecker, Karen (Attorney, Div. of Mineral Resources) 7/7/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding Mill Site Opinion and proposed rulemaking. | Privileged - Attorney-Client; Attorney Work Product. | Sustained. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4778 | MIL 4778 | | 7/17/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Walston, Rod (Deputy Solicitor) | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources); Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to Mill Site Opinion. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as to Work Product. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 4911 | MIL 4923 | | 8/8/2003 | Rieger, Nick (Physical Scientist, Solids, BLM); Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | | Draft Environmental Assessment for BLM Final Rule to amend regulations on locating, recording, and maintaining mining claims and sites under 43 C.F.R. 3710, 3730, 3810, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| MIL 5041 | MIL 5042 | | 8/9/2003 | | | | Memorandum regarding talking points for mill site opinion and rules. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. Neither author nor recipient identified. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 5063 | MIL 5063 | | 8/12/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to preamble under 43 C.F.R. 3830. | Privileged - Attorney-Client; Attorney Work Product. | Sustained as Work Product. |
| MIL 5178 | MIL 5178 | | 8/13/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources); Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | Email regarding proposed revisions to EA and preamble under 43 C.F.R. 3830. | Privileged - Attorney-Client; Attorney Work Product. | From Fegusson; does not disclose a client communication he intended to be confidential. Rest is same document as 5063, and is sustained as Work Product as to highlighted section of Fergusson to Hawbecker. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 5194 | MIL 5195 | | 8/20/2003 | Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources) | Malmen, Erika (Attorney, Solicitor's Office) | | Email regarding Citizens Coal Council v. Norton and Mill site Opinion and rule. | Privileged - Attorney-Client; Attorney Work Product. | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| MIL 5705 | MIL 5715 | | 8/21/2003 | BLM Regulatory Affairs | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Draft EA of BLM proposed final rule to revise 43 C.F.R. 3710, 3810, 3820, 3830, 3840, and 3850, including transmittal slip to Karen Hawbecker. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 6812 | MIL 6812 | MIL 6813 | 8/29/2003 | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM); Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Hudson, Ted (Regulatory Analyst, Regulatory Affairs, BLM) | Email regarding proposed revisions to final rule under 43 C.F.R. 3830. | Not privileged - will be released with home phone number redacted | To be released. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 6813 | MIL 7041 | | 10/21/2002 | Haskins, Roger (Sr. Spec., Mining Law Adjudication, BLM); Hudson, Ted (Reg. Analyst, Reg. Affairs, BLM); Stiles, Pamela (Adj. Lead, Wyoming State Office, BLM); Schaff, Connie (Adj. Lead, Montana State Office, BLM) | | | Draft Final Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. Parts 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 7042 | MIL 7058 | | 9/1/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | | Excerpts from opinion regarding Mill Site operation. | Privileged - Attorney-Client. | Denied. Does not disclose communication from client intended to be confidential. |
| MIL 7059 | MIL 7059 | MIL 7060 MIL 7294 | 9/2/2003 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | | Email regarding proposed revisions to mining site regulations. | Privileged - Attorney-Client. | Denied. Does not disclose communication from client intended to be confidential. |
| MIL 7060 | MIL 7293 | | 9/2/2003 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | | Draft Final Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 7294 | MIL 7524 | | 9/3/2003 | Schwartz, Michael (Group Manager, Regulatory Affairs, BLM) | Sledge, Queen (proxy for Joel Yudson (Attorney, Div. of Mineral Resources) during period when the Solicitor's Office could not receive emails from outside the Solicitor's Office) | | Draft Final Rule on Location, Recording, and Maintenance of Mining Claims or Sites, 43 C.F.R. 3710, 3730, 3820, 3830, 3840, and 3850. | Privileged - Attorney-Client. | Denied conditionally unless DOI shows that author is a client and transmitted the draft to a lawyer for review or comment. |
| MIL 7527 | MIL 7527 | | 9/4/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Walston, Rod (Deputy Solicitor); Ferguson, Fred E. (Assoc. Solicitor, Div. of Mineral Resources); Schaumberg, Peter (Deputy Assoc. Solicitor, Div. of Mineral Resources) | | Email regarding OMB comments on proposed rule under 43 C.F.R. 3830. | Privileged - Attorney Work Product. | Denied. Does not disclose communication from client intended to be confidential nor the mental impressions, conclusions, opinions, or legal theories of a lawyer. |
| MIL 7831 | MIL 7833 | | 10/9/2003 | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | Haskins, Roger (Senior Specialist, Mining Law Adjudication, BLM) | | Fax regarding proposed revisions to final rule 43 C.F.R. 3830. | Privileged - Attorney-Client. | Denied; deos not disclose a communication from a client intended to be confidential. |

Privilege Log for Earthworks v. USDOI, No. 1:09-cv-01972-HHK (D.D.C.)

Documents withheld from production related to BLM's Final Rule on Locating, Recording, and Maintaining Mining Claims or Sites (Oct. 24, 2003)

| Beg Doc # | End Doc# | Attch. | Date | Author / Sender | Receipient | CC | Document Description | Privilege Designation | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| MIL 9009 | MIL 9016 | | 12/4/2003 | Rieger, Nick (Physical Scientist, Solids, BLM) | Hawbecker, Karen (Attorney, Div. of Mineral Resources) | | Draft EA for proposed rule to revise 43 C.F.R. 3830, with cover fax sheet. | Privileged - Attorney-Client. | Denied; does not disclose a communication from a client intended to be confidential. |